UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLIVE SHADE LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>IMPINJ, INC.,<br><br>　　　　　　Defendant. | No. 2:18-cv-0808-RSM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |

Plaintiff Olive Shade LLC ("Plaintiff") and Defendant Impinj, Inc. ("Defendant") together ("the Parties"), by and through their respective counsel of record, hereby stipulate:

that Defendant's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended for a total of 30 days to August 1, 2018.

Dated: June 20, 2018

| | |
|---|---|
| PERKINS COIE LLP | MANN LAW GROUP |
| By: */s/Ramsey M. Al-Salam*<br>Ramsey M. Al-Salam, WSBA No. 18822<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Tel: 206.359.8000/Fax: 206.359.9000<br>Email: RAlsalam@perkinscoie.com | By: */s/ Philip P. Mann*<br>Philip P. Mann, WSBA No. 28860<br>1218 Third Avenue, Suite 1809<br>Seattle, WA  98101<br>Tel: 206.436.0900/Fax: 866-341-5140<br>Email: phil@mannlawgroup.com |
| Attorneys for Defendant Impinj, Inc | Eugenio J. Torres-Oyola (*Pro Hac Vice*)<br>Jean G. Vidal Font (*Pro Hac Vice*) |

STIPULATION AND ORDER TO EXTEND TIME TO
ANSWER COMPLAINT – 1
(No. 2:18-cv-0808-RSM)

140324564.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| 1 | Ferraiuoli LLC |
| 2 | 221 Plaza, 5th Floor |
| 3 | 221 Ponce de León Avenue |
|   | San Juan, PR  00917 |
| 4 | Tel:  787.766.7000/Fax: 787.766.7001 |
|   | Email:  etorres@ferraiuloi.com |
| 5 |         jvidal@ferraiuoli.com |
| 6 | Attorneys for Plaintiff Olive Shade LLC |

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO ANSWER COMPLAINT – 2
(No. 2:18-cv-0808-RSM)

140324564.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# ORDER

IT IS SO ORDERED.

Dated this 25th day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

PERKINS COIE LLP

By: */s/ Ramsey M. Al-Salam*
Ramsey M. Al-Salam WSBA #18822
1201 Third Avenue, 49th Floor
Seattle, WA 98101
Email: ralsalam@perkinscoie.com

Attorneys for Defendant Impinj, Inc.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO ANSWER COMPLAINT – 3
(No. 2:18-cv-0808-RSM)

140324564.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000