UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLIVE SHADE LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>IMPINJ, INC.,<br><br>               Defendant. | No. 2:18-cv-0808-RSM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |

Plaintiff Olive Shade LLC ("Plaintiff") and Defendant Impinj, Inc. ("Defendant") together ("the Parties"), by and through their respective counsel of record, hereby stipulate:

Whereas the parties previously stipulated to an extension of time to August 1, 2018 (Dkt. No. 10), which the court granted (Dkt No. 12);

Whereas the parties seek an additional limited extension;

The Parties hereby stipulate that Defendant's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended for an additional 14 days to August 15, 2018.

Dated: July 30, 2018

PERKINS COIE LLP

By: */s/Ramsey M. Al-Salam*
Ramsey M. Al-Salam, WSBA No. 18822
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

MANN LAW GROUP

By: */s/ Philip P. Mann*
Philip P. Mann, WSBA No. 28860
1218 Third Avenue, Suite 1809
Seattle, WA 98101

STIPULATION AND ORDER TO EXTEND TIME TO
ANSWER COMPLAINT – 1
(No. 2:18-cv-0808-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Tel:  206.359.8000/Fax: 206.359.9000

Email:  RAlsalam@perkinscoie.com

Attorneys for Defendant Impinj, Inc

Tel:  206.436.0900/Fax: 866-341-5140
Email:  phil@mannlawgroup.com

Eugenio J. Torres-Oyola (*Pro Hac Vice*)
Jean G. Vidal Font (*Pro Hac Vice*)
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR  00917
Tel:  787.766.7000/Fax: 787.766.7001
Email:  etorres@ferraiuoli.com
          jvidal@ferraiuoli.com

Attorneys for Plaintiff Olive Shade LLC

STIPULATION AND ORDER TO EXTEND TIME TO
ANSWER COMPLAINT – 2
(No. 2:18-cv-0808-RSM)

140727857.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**ORDER**

IT IS SO ORDERED.

Dated this 30th day of July, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

PERKINS COIE LLP

By: */s/ Ramsey M. Al-Salam*
Ramsey M. Al-Salam WSBA #18822
1201 Third Avenue, 49th Floor
Seattle, WA 98101
Email: ralsalam@perkinscoie.com

Attorneys for Defendant Impinj, Inc.

STIPULATION AND ORDER TO EXTEND TIME TO
ANSWER COMPLAINT – 3
(No. 2:18-cv-0808-RSM)

140727857.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000